RAMSEY *v.* FREEMAN, receiver, *et al.*

ATKINSON, J. Under the pleadings and evidence, there was no error in refusing an interlocutory injunction.

*Judgment affirmed.   All the Justices concur.*

NOVEMBER 16, 1916.

Petition for injunction. Before Judge Wright. Walker superior court. February 29, 1916.

*D. F. Pope,* for plaintiff. *Rosser & Shaw,* for defendants.